(Rev 5/05)

**FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983**

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE**

RECEIVED
NOV 25 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

(1) Steve Hickman
(Name of Plaintiff) (Inmate Number)

9003 Greentop Rd, Lincoln, DE
(Complete Address with zip code)

(2) _____
(Name of Plaintiff) (Inmate Number)

_____
(Complete Address with zip code)

05 - 811
(Case Number)
(to be assigned by U.S. District Court)

(Each named party must be listed, and all names must be printed or typed. Use additional sheets if needed)

vs.

(1) Det Marzec, Individually & Official Capacity
(2) Mr David Hume, W Individually & Official capacity
(3) Town of Delmar
(Names of Defendants)

**CIVIL COMPLAINT**

☑ Jury Trial Requested

(Each named party must be listed, and all names must be printed or typed. Use additional sheets if needed)

I. **PREVIOUS LAWSUITS**

A. If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

_____
_____
_____
_____
_____

II. **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? ☐ Yes ☑ No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? ☑ Yes ☐ No

C. If your answer to "B" is Yes:
  1. What steps did you take? _I presented these facts to Judge at my Prelimary hearings_
  2. What was the result? _None_

D. If your answer to "B" is No, explain why not: _____

III. **DEFENDANTS** (in order listed on the caption)

(1) Name of first defendant: _Det Manzer_
Employed as _Police Officer_ at _Delmar, Delaware 1994_
Mailing address with zip code: _____

(2) Name of second defendant: _Mr. David Hume, IV_
Employed as _Asst District Attorney_ _Department of Justice_
Mailing address with zip code: _820 North French, Wilmington DE 19801_

(3) Name of third defendant: _Town of Delmar_
Employed as _____ at _Delmar, Delaware 1994_
Mailing address with zip code: _____

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

2

IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. On September 21, 2005 Det Marzec and several Police Officers arrested me on a Possession with Intent to Deliver. The same charge he arrested me for 6-30-05 in time, date

2. location and arrest number. Det. Marzec also used a invalid search warrant to search & seize $12,900 cash, a 1999 Dodge Durango and numerous reciepts and records &

3. my cell phone. These acts violate my 4th & 6th Amendment Rights and the Town of Delmar improper training, supervision & authorization caused these violations the

\* search warrant was for a residence in Ellendale, I live in Lincoln Delaware

V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. I seek Declaratory Relief a a Judgment declaring these act unconstitutional and, Injunctive Relief preventing this in the future and Punitive damages in the Amount of 250,000 per named defendants. 3

\* Statement of Claim (continued)
Mr. Hume's Knowingly prosecuted me on this second & same charge vigorously at my Preliminary Hearing 09-29-05

2. And Injunctive Relief preventing these named defendant from hurting, harming or violating the plaintiff's rights in the future.

3. Preliminary Hearing was held 09-29-05 and Mr. Hume's prosecuted me on Possession with the Intent to deliver the same charge I was arrested, arraigned and bailed on 6-30-05 this violates my Sixth Amendment Rights

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 25th day of November, 2005

_____
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)