IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

STEVE HICKMAN,                          )
                                        )
        Plaintiff,                      )
                                        )
        v.                              )   Civ. No. 05-811-KAJ
                                        )
DET MARZEC, DAVID HUME, and             )
TOWN OF DELMAR,                         )
                                        )
        Defendants.                     )

**ORDER**

At Wilmington this _8th_ day of _Dec._ _____, 2005,

the Court having considered the application to proceed without

prepayment of fees under 28 U.S.C. § 1915;

        IT IS ORDERED that the application is GRANTED.

_____
United States District Judge