OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

March 7, 2006

TO: Steve Hickman
9008 Greentop Rd.
Lincoln, DE 19960

RE:  U.S. Marshal 285 Forms
*Civil Action #05-811(KAJ)*

Dear Mr. Hickman:

Please be advised that this office has received a 285 for Delaware Attorney General Jane Brady. Per the Order on 2/23/06 you need to submit a 285 for the **Attorney General of the United States, U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530-00001.**

Enclosed please find your 285 form for Jane Brady being returned and a blank 285 to be filled out for the **Attorney General of the United States**. Please submit your completed 285 form to the Clerk's Office.

Sincerely,

/bad

PETER T. DALLEO
CLERK

cc: The Honorable Kent A. Jordan
enc: 285 forms