IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| STEVE HICKMAN, | : | |
| | : | |
| Plaintiff, | : | CONSOLIDATED |
| | : | Civil Action No. 05-811-KAJ |
| v. | : | Civil Action No. 05-839-KAJ |
| | : | |
| DETECTIVE MARZEC, in his | : | |
| individual and official capacity, | : | |
| DAVID HUME IV, TOWN OF | : | |
| DELMAR, DEPARTMENT | : | |
| OF DRUG ENFORCEMENT, | : | |
| and AGENT TOM JACOBS, | : | |
| | : | |
| Defendants. | : | |

**DEFENDANTS MARZEC'S AND JACOBS'S MOTION TO
DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT**

Defendants Ronald Marzec and Tom Jacobs, through their undersigned counsel,

respectfully move, pursuant to Fed. R. Civ. P. 12(b)(6), to dismiss Plaintiff's Complaints.  In the

alternative, Defendants Marzec and Jacobs respectfully move, pursuant to Fed. R. Civ. P. 56, for

summary judgment of Plaintiff's Complaints.  In support of this Motion, the Court is respectfully

referred to the accompanying Brief.  A proposed Order consistent with this Motion is attached

hereto.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

  /s/ Seth M. Beausang
Seth M. Beausang (I.D. No. #4071)
Assistant United States Attorney
1007 N. Orange Street, Suite 700
Wilmington, Delaware 19801
(302) 573-6277

Dated:  March 31, 2006.