# EXHIBIT C

## Declaration of Ronald Marzec

1. My name is Ronald Marzec. I have been a detective with the Delmar, Delaware Police Department since January, 1994. However, from July 9, 1997, until the present, I was designated a Task Force Officer with the federal Drug Enforcement Administration ("DEA").

2. I submit this declaration in support of my motion for summary judgment in the matter of *Hickman v. Marzec*, Consol. C. A. Nos. 05-811 & 05-839 (D. Del.).

3. In the spring and summer of 2005, in my capacity as a DEA Task Force Officer, I participated in an investigation into possible illegal narcotics dealing by Steve Hickman.

4. In connection with the Hickman investigation, on numerous occasions I conducted surveillance of a trailer located at 9008 Greentop Road in Sussex County, Delaware. I observed Hickman and Tawanda Weatherspoon enter and leave that trailer on numerous occasions. To the best of my knowledge and belief, Hickman and Weatherspoon resided in the trailer located at 9008 Greentop Road in Sussex County, Delaware.

5. In connection with the Hickman investigation, I signed an affidavit in support of a search warrant for the trailer located at 9008 Greentop Road in Ellendale, Sussex County, Delaware.

6. While I was preparing that search warrant, I entered Hickman's and Weatherspoon's name into the Delaware Criminal Justice Information System computer to determine their listed address. The computer indicated that Hickman lived at an address that I knew was not the 9008 Greentop Road location. The computer indicated that Weatherspoon lived at a rural route address in Ellendale, Delaware.

7. Upon information and belief, a few years ago Delaware stopped using rural route addresses for many residences in Sussex County and replaced those addresses with street names.

8. I had no reason to believe that the computer was wrong when it indicated that Weatherspoon lived in Ellendale, Delaware.

9. On September 21, 2005, in my capacity as a DEA Task Force Officer, I executed the search warrant for Hickman's residence and seized several items. During the search I was accompanied by, among others, the Ellendale Police Chief.

In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated this 31st day of March, 2006.

Ronald Marzec