# EXHIBIT D

## Declaration of Thomas Jacobs

1. My name is Thomas Jacobs. From March, 1990 until the present, I have been employed as a Special Agent with the federal Drug Enforcement Administration ("DEA").

2. I submit this declaration in support of my motion for summary judgment in the matter of *Hickman v. Marzec*, Consol. C. A. Nos. 05-811 & 05-839 (D. Del.).

3. On September 21, 2005, in my capacity as a DEA Special Agent, I helped execute a search warrant to search the residence of Steve Hickman which was a trailer located at 9008 Greentop Road in Sussex County, Delaware, and seized several items. During the search I was accompanied by, among others, the Ellendale Police Chief.

4. At the time of the search, I had no reason to believe that the search warrant was incorrect when it stated that Hickman lived in Ellendale, Delaware.

In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated this 29TH day of March, 2006.

Thomas Jacobs