U.S. Department of Justice
Drug Enforcement Administration

## REPORT OF INVESTIGATION

Page 1 of 5

| 1. Program Code | 2. Cross File | Related Files | 3. File No. | 4. G-DEP Identifier |
|---|---|---|---|---|

5. By: TFO Marvin Mailey

At: Dover Task Force
Dover, DE

7. ☐ Closed ☐ Requested Action Completed
☐ Action Requested By:

8. Date Prepared
07/05/05

9. Other Officers: TFO Ronald Marzec, TFO Robert Whitman , I/A Chris Callahan, Chief Hal Saylor of Delmar PD, S/A Matt Hackett and S/A Brad Cale of DEA Airwing Unit.

10. Report Re: Surveillance/Arrest of Steve HICKMAN and ███████ acquisition of Exhibits N-1, N-2, N-3 and Exhibit 2 on June 30, 2005

### SYNOPSIS

On June 30, 2005, members of the DEA Task Force were conducting surveillance on Steve HICKMAN when HICKMAN was observed meeting with his source of supply Australia MACKEY in Georgetown, Delaware. HICKMAN and ███████ were arrested with approximately 3 ounces of cocaine and approximately $155.00 United States Currency.

### DETAILS

1. At approximately 9:30 a.m., members of the DEA Task Force conducted surveillance on Steve HICKMAN in Lincoln, Delaware.

2. At approximately 10:38 a.m., an unknown black female driving a silver Dodge Durango (large chrome wheels) with an unknown Delaware registration arrived at HICKMAN's Green Top road, Lincoln, DE residence. Observed by I/A Callahan and TFO Mailey.

3. At approximately 1:00 p.m., Steve HICKMAN was observed driving a blue Chevrolet pick up truck Delaware C82769. HICKMAN departed his Green Top Road residence. Observed by TFO Marzec.

4. At approximately 1:15 p.m., HICKMAN traveled from his Green Top Road residence, Lincoln, DE enroute to Ellendale, DE. HICKMAN stopped at the last house on N.Old State Road before the wooded lot (Address not obtained). HICKMAN remained a short time period and continued traveling to New Hope Road Ellendale, Delaware. Observed by TFO Marzec. HICKMAN parked his truck in the dead-end area of New Hope Road "THE HOLE".

A — 1

| 11. Distribution: Division | 12. Signature (Agent) | 13. Date |
|---|---|---|
| District | 14. Approved (Name and Title) | 15. Date |
| Other | | |

DEA Form - 6
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.