U.S. Department of Justice
Drug Enforcement Administration

## REPORT OF INVESTIGATION

Page 1 of 5

| 1. Program Code | 2. Cross File | Related Files | 3. File No. | 4. G-DEP Identifier |
|---|---|---|---|---|
| 5. By: TFO Marvin Mailey  At: Dover Task Force  Dover, DE | ☐ ☐ ☐ | | 6. ▓▓▓▓▓ | |
| 7. ☐ Closed ☐ Requested Action Completed  ☐ Action Requested By: | ☐ | | 8. Date Prepared  07/05/05 | |

9. Other Officers: TFO Ronald Marzec, TFO Robert Whitman, I/A Chris Callahan, Chief Hal Saylor of Delmar PD, S/A Matt Hackett and S/A Brad Cale of DEA Airwing Unit.

10. Report Re: Surveillance/Arrest of Steve HICKMAN and ▓▓▓▓▓ Acquisition of Exhibits N-1, N-2, N-3 and Exhibit 2 on June 30, 2005

### SYNOPSIS

On June 30, 2005, members of the DEA Task Force were conducting surveillance on Steve HICKMAN when HICKMAN was observed meeting with his source of supply Australia MACKEY in Georgetown, Delaware. HICKMAN and ▓▓▓▓▓ were arrested with approximately 3 ounces of cocaine and approximately $155.00 United States Currency.

### DETAILS

1. At approximately 9:30 a.m., members of the DEA Task Force conducted surveillance on Steve HICKMAN in Lincoln, Delaware.
2. At approximately 10:38 a.m., an unknown black female driving a silver Dodge Durango (large chrome wheels) with an unknown Delaware registration arrived at HICKMAN's Green Top road, Lincoln, DE residence. Observed by I/A Callahan and TFO Mailey.
3. At approximately 1:00 p.m., Steve HICKMAN was observed driving a blue Chevrolet pick up truck Delaware C82769. HICKMAN departed his Green Top Road residence. Observed by TFO Marzec.
4. At approximately 1:15 p.m., HICKMAN traveled from his Green Top Road residence, Lincoln, DE enroute to Ellendale, DE. HICKMAN stopped at the last house on N.Old State Road before the wooded lot (Address not obtained). HICKMAN remained a short time period and continued traveling to New Hope Road Ellendale, Delaware. Observed by TFO Marzec. HICKMAN parked his truck in the dead-end area of New Hope Road "THE HOLE".

B-1

| 11. Distribution:  Division  District  Other | 12. Signature (Agent) | 13. Date |
|---|---|---|
| | 14. Approved (Name and Title) | 15. Date |

DEA Form - 6
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

U.S. Department of Justice
Drug Enforcement Administration

| | 1. File No. | 2. G-DEP Identifier |
|---|---|---|
| **REPORT OF INVESTIGATION** *(Continuation)* | (redacted) | (redacted) |
| | 3. File Title (redacted) | |
| 4. Page 2 of 5 | | |
| 5. Program Code | 6. Date Prepared 07/05/05 | |

5. At approximately 2:31 p.m., a white car with an unknown registration state/number was observed driving into "THE HOLE". Observed by TFO Marzec.
6. At approximately 2:33 p.m., the vehicle exited "the hole" and traveled north on S. Old State Road, Ellendale, DE. Observed by TFO Marzec.
7. At approximately 2:37 p.m., TFO Marzec requested that a uniformed police officer from Ellendale PD perform a traffic stop on the white vehicle.
8. At approximately 2:46 p.m., a blue Cadillac was observed at HICKMAN'S mobile home located in Ellendale, DE. Observed by S/A Brad Cale of DEA Air Wing Unit.
9. At approximately 2:47 p.m., HICKMAN was observed exiting the mobile home and entering the blue Cadillac. Observed by S/A Cale of DEA Air Wing Unit.
10. At approximately 2:50 p.m., two unknown black males entered the Cadillac. One subject was wearing a yellow shirt and the other subject was wearing a red shirt. The Cadillac then departed the area. Observed by DEA Air Wing Unit.
11. At approximately 2:56 p.m., HICKMAN entered the blue Chevrolet pick up truck and began backing out. A brown pick up truck also backed out at the same time from HICKMAN'S residence. Observed by S/A Cale DEA of Air Wing Unit.
12. At approximately 3:08 p.m., the brown pick up truck exited the mobile home park. Observed by S/A Cale of DEA Air Wing Unit.
13. At approximately 3:30 p.m., a white/tan Ford Aerostar bearing Delaware PC406xxx (Only partial tag obtained) entered the mobile home park. Observed by TFO Marzec.
14. At approximately 4:05 p.m., the white/tan Ford Aerostar departed the mobile home park. Observed by S/A Cale of DEA Air Wing Unit.
15. At approximately 4:27 P.M. HICKMAN was observed operating the blue Cadillac departing "THE HOLE". HICKMAN was observed traveling to his residence on Green Top Road Lincoln, Delaware. HICKMAN was observed departing his residence and traveling to U.S. Rt. 113 and south on U.S. RT 113 towards Georgetown, DE. (AIRWING)
16. At approximately 5:09 P.M. HICKMAN arrived at the Taco Bell Restaurant located in a shopping plaza on U.S. Rt. 113 Georgetown, Delaware. HICKMAN was observed driving around the Taco Bell

DEA Form - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

R-2