OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

May 1, 2006

TO: Steve Hickman
    9008 Greentop Rd.
    Lincoln, DE 19960

**RE: Service Letter; 05-811 and 05-839(KAJ)**

Dear Mr. Hickman:

Papers have been received by this office for filing in the above matter which do <u>not</u> conform to: Federal Rules of Civil Procedure 5; District of Delaware Local Rules of Civil Practice and Procedure 5.2.(a) & 5.3.

The papers will be docketed but no action will be taken by the Court until the discrepancies are corrected. In order for your documents to be acceptable for filing, they **must be served by you, upon all local counsel of record**, and this must be indicated on an Affidavit or Certificate of Service, attached to the back of your request (motion or pleading).

A copy of the current local counsel attorney listing (with addresses) for this case is attached for your convenience.

Your corrected filing, (please sign your certificate of service and provide a copy with an original signature) to include the certificate of service, should be sent to this office for processing

<u>KINDLY RETURN A COPY OF THIS LETTER WITH YOUR CORRECTED DOCUMENTS.</u>

Sincerely,

/bad

PETER T. DALLEO
CLERK

cc: The Honorable Kent A. Jordan



# IN THE UNITED STATES DISTRICT COURT
# IN AND FOR THE DISTRICT OF DELAWARE

**STEVE HICKMAN**
    Plaintiff,

                                  CONSOLIDATED
                                  Civil Act. No.: 05-811-kaj
V.                               Civil Act. No.: 05-839-kaj

**DETECTIVE MARZEC in his individual**
**And official capacity, DAVID HUME IV, TOWN**
**OF DELMAR, DEPARTMENT OF DRUG**
**ENFORCEMENT, AGENT TOM JACOBS**
**AND AGENT CHRIS QUAGLINO**
    Defendants.



## MEMORANDUM FOR STEVE HICKMAN

    **NOW COMES**, the Plaintiff, Steve Hickman, pro se, who respectfully moves this Honorable Court with the following:

    **1.** Detective Marzec and Agent Tom Jacobs have committed perjury and misrepresented the facts known to them throughout the course of the above case.

        A. Both Marzec and Jacobs both submitted affidavits sworn under the penalty of perjury that were factually untrue. ***See Attachments A-1 and A-2 and A-3***

    **2.** Both Detective Marzec and Agent Tom Jacobs stated that they believed Steve Hickman lived at a residence located in Ellendale, Delaware and not Lincoln, Delaware.

        A. Detective Marzec prepared a report that was dated July 05, 2005, three (3) months prior to submitting his false affidavit, that clearly states the opposite as well as verifies that he and Jacobs both knew that Hickman resided in Lincoln, Delaware. Thus, invaliding the search warrant on September 21, 2005 in Hickman's case and proving that the affidavits submitted by Marzec and Jacobs were made with false intentions. ***See Attachments B-1 and B-2***