CERTIFICATE OF SERVICE        05-811 (KAJ)

I, Steve Hickman, do verify service of my Memorandum via U.S. Postal Service upon the parties listed below by servicing their legal representative(s) on this __10__ day of __April__, 2006.

Respectfully submitted,

*Steve Hick*

Steve A. Hickman
9008 Greentop Rd.
Lincoln, Delaware 19960



Mr. Seth Madison Beausang
U.S. Attorney's Office
1007 Orange St., Suite 700
P.O. Box 2046
Wilmington, Delaware 19899
*Lawyer for Marzeci, Agent &
Tom Jacobs, Agent & Quaglino*

Mr. Daneil A. Griffith
Town of Delmar
1220 Market St., 5th Floor
Wilmington, Delaware 19801

Mr. David Hume
*Terminated*

*Case#:* Consolidated
Hickman v. Marzec
Case No.: 05-811-KAJ
And 05-839-KAJ

Steve Hickman
1008 Greentop
Rd Lincoln DE
19960

WILMINGTON DE 197
09 MAY 2006 PM 2 T

U.S. District Court
Clerk
Lock box 18
844 King St
Wilmington DE
19801

U.S.M.S.
X-RAY