# IN THE UNITED STATES DISTRICT COURT
# IN AND FOR THE DISTRICT OF DELAWARE

**STEVE HICKMAN**
    Plaintiff,

V.

**DETECTIVE MARZEC in his individual
And official capacity, DAVID HUME IV, TOWN
OF DELMAR, DEPARTMENT OF DRUG
ENFORCEMENT, AGENT TOM JACOBS
AND AGENT CHRIS QUAGLINO**
    Defendants.

CONSOLIDATED
Civil Act. No.: 05-811-kaj
Civil Act. No.: 05-839-kaj

## MOTIN FOR SUMMARY JUDGMENT

NOW COMES, the Plaintiff, Steve Hickman, who so respectfully moves the Honorable Court pursuant to Fed. Rule Civ. Proc. 56(a) for a Summary Judgment and Relief. In support of this Motion the following is submitted:

(1) The Town of Delmar has been served with the Plaintiff's lawsuit by the U.S. Marshall's Office since the date of _02-09-06_.

(2) A substantial period of time has elapsed while the Defendant still has not replied to the facts placed upon them. The Town of Delmar officials have had more than enough time to either deny or accept the Plaintiff's claims they've been presented with.

(3) Being that The Town of Delmar is refusing to dispute the Plaintiff's civil complaint the Defendant's Motion for Summary Judgment should be granted.

(4) Denial of Plaintiff's request against the Town of Delmar to have this Motion for Summary Judgment granted would be considered prejudicial and would not equate to "fair and just" treatment under any state or federal law.

Therefore, it is now that the Plaintiff requests that this Honorable Court grant him this Motion for Summary Judgment and grant appropriate relief?

So ordered this _____ day of _____, 2006, Summary Judgment in favor of the Plaintiff, Steve Hickman.

_____
*Signature and Seal of Judge*

Respectfully submitted,

*[signature]*
Steve Hickman

## CERTIFICATE OF SERVICE

I, Steve Hickman, do verify service of my Motion for Summary Judgment via U.S. Postal Service upon the parties listed below by servicing their legal representative(s) on this 29th day of May, 2006.

Respectfully submitted,

*Steve Hick*
Steve A. Hickman
9008 Greentop Rd.
Lincoln, Delaware 19960

**Mr. Seth Madison Beausang**
**U.S. Attorney's Office**
**1007 Orange St., Suite 700**
**P.O. Box 2046**
**Wilmington, Delaware 19899**
*Lawyer for Marzeci, Agent &*
*Tom Jacobs, Agent & Quaglino*

**Mr. Daneil A. Griffith**
**Town of Delmar**
**1220 Market St., 5th Floor**
**Wilmington, Delaware 19801**

*Case#: Consolidated*
Hickman v. Marzec
Case No.: 05-811-KAJ
And 05-839-KAJ

Steve Helman
85 Treentop Rd
Lincoln, DE 19960

WILMINGTON DE 197
30 MAY 2006 PM 2 T

SUGAR RAY ROBINSON
USA 39
WORLD CHAMPION

U.S. District Court
Clerk
Lockbox 18
844 King Street
Wilmington, DE 19801