IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| STEVE HICKMAN, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| DETECTIVE MARZEC, in his individual and official capacity, DAVID HUME, IV, TOWN OF DELMAR, DEPARTMENT OF DRUG ENFORCEMENT, AGENT TOM JACOBS, | ) ) ) ) ) ) ) | CONSOLIDATED<br><br>Civ. No. 05-811-KAJ<br>Civ. No. 05-839-KAJ |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

PLEASE TAKE NOTICE that the attached, **DEFENDANT TOWN OF DELMAR'S MOTION TO DISMISS and MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT TOWN OF DELMAR'S MOTION TO DISMISS,** were E-Filed and mailed via regular mail upon the following individual:

Steve Hickman
9008 Greentop Road
Lincoln, DE  19960

                                            **MARSHALL, DENNEHEY, WARNER,**
                                                COLEMAN & GOGGIN

                                  BY:    */s/ Daniel A. Griffith*
                                                 **DANIEL A. GRIFFITH, ESQUIRE**
                                                 **DE ID 4209**
                                                 1220 North Market St., 5th Floor
                                                 P.O. Box 8888
                                                 Wilmington, DE  19899-8888

Dated:  June 6, 2006                           Attorney for Town of Delmar

\15_A\LIAB\DAGRIFFITH\DISC\357083\LAREFNER\20021\00115