**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

**CHAMBERS OF**
**KENT A. JORDAN**
**DISTRICT JUDGE**

LOCKBOX 10
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801

June 12, 2006

Mr. Steve Hickman
9008 Greentop Road
Lincoln, DE   19960

Seth M. Beausang, Esq.
U.S. Attorney's Office
1007 Orange Street - #700
Wilmington, DE   19801

Daniel A Griffith, Esq.
Marshall, Dennehey, Warner,
   Coleman & Goggin
1220 N. Market Street - 5th Fl.
Wilmington, DE   19801

Re:   Steve Hickman v. Detective Marzec, et al.
      Civil Action No. 05-811-KAJ   (Consol)

Dear Mr. Hickman and Counsel:

Please confer and jointly call my secretary within ten days of the date of this letter to schedule a telephone conference to discuss dates you recommend be adopted in the Order.

Very truly yours,

Kent A. Jordan

KAJ:cas
Enclosure
cc:   Clerk of the Court