IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEVE HICKMAN ] | |
| ] | |
| ] | C.A. 05-811 & 839-KAJ |
| Plaintiff, ] | |
| ] | |
| vs ] | |
| ] | |
| DETECTIVE MARZEC, in ] | |
| his Official and individual ] | |
| capacity, AGENT TOM ] | |
| JACOBS, and AGENT ] | |
| CHRIS QUAGLINO, TOWN ] | |
| of DELMAR, ] | |

PLAINTIFF'S MOTION OF PERMISSIVE JOINER
OF OFFICER MARVIN MAILEY & CITY OF DOVER

FILED
JUN 28 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

NOW Comes the plaintiff, Steve Hickman, pro se, who so moves the Honorable Court, pursuant to Fed Rule Civil Pro. 20(a) with her Motion of Permissive Joiner, in support of the same the following is asserted;

[1]. The City of Dover is were Officer Marvin Mailey Is employed as a police officer.

 a. The City of Dover is responsible for his training, supervison and authorization of duties.

[2]. Officer Marvin Mailey, was present and participating In activities that Mr. Hickman, has complained of on 09-21-2005.

 a. Officer Mailey, was one of the officers who first made contact, with plaintiff Steve Hickman.

 b. He as well as several other Officers approach was with guns drawn and no identifiable police attire nor did they state their police affiliation.

The police as well as Officer Marvin Mailey, had no legal Or lawful reason or purpose for being at the residence and my pain And suffering and violation of my constitutional rights against illegal search and seizure should have never occurred on 09-21-05.

[4]. The City of Dover and Officer Marvin Mailey,,as a matter of law can and should be added as defendants, because (a) it being asserted against them jointly, severally in regards to relief sought by Steve Hickman (b) all claims are arising out of one transaction as well as one occurrence and (c) any question of law and all fact are common to all defendants and their respective liabilities are the same.

Dated __th day of June 2006        Respectfully,submitted
                                   *Steve Hick___*
                                   Steve Hickman
                                   9008 Green Top Rd
                                   Lincoln, DE. 19960

        So Ordered this __th of _____2006, the City of Dover And Officer Marvin Mailey, are now Defendants in this Civil Action No. 05-811&839-KAJ. ____ _____ ____ _____
        U.S. District Court Judge Keneth A. Jordan

        With my signature, I Steve Hickman, verify service of Attached document upon Mr. Seth M. Beausang, Esq., Asst. U.S. Attorney at 1007 Orange St. Suite 700, Wilmington, DE. 19801 & Mr. Daniel A. Griffith,Esq., at 1220 Market St. 5th Floor, Wilmington, DE. 19801, on this __th day of June 2006