IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEVE HICKMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action 05-811-KAJ |
| ) | CONSOLIDATED |
| DETECTIVE MARZEC, in his individual ) | |
| and official capacity, DAVID HUME, IV, ) | |
| TOWN OF DELMAR, DEPARTMENT OF ) | |
| DRUG ENFORCEMENT, AGENT TOM ) | |
| JACOBS, ) | |
| ) | |
| Defendants. ) | |

## ORDER

At Wilmington this **11th** day of **July, 2006**,

IT IS ORDERED that a Rule 16 scheduling conference is hereby scheduled for **July 24, 2006 at 2:00 p.m.** in Courtroom 6A, 6th Floor, J. Caleb Boggs Federal Building, Wilmington, Delaware.

*[signature]*
UNITED STATES DISTRICT JUDGE