

REDACTED



B-1

REDACTED