

**U.S. Department of Justice**

*United States Attorney's Office*
*District of Delaware*

---

|   |   |
|---|---|
| *1007 N.Orange Street, Suite 700* | *(302) 573-6277* |
| *P.O. Box 2046* | *FAX (302) 573-6220* |
| *Wilmington, Delaware 19899-2046* | *TTY (302) 573- 6274* |
|   | *Toll Free (888) 293-8162* |

July 25, 2006

VIA E-FILING

The Honorable Kent A. Jordan
Lockbox 10
844 King Street
U.S. Courthouse
Wilmington, DE 19801

    Re:    Hickman v. Marzec, Consol. No. 05-811-KAJ (D. Del.)

Dear Judge Jordan:

Enclosed is a proposed scheduling order that reflects the schedule agreed to during the Rule 16 scheduling and planning conference yesterday.

I am available at the call of the Court to address any questions or concerns.

                                      Respectfully,

                                      COLM F. CONNOLLY
                                      United States Attorney


                           By:   /s/ Seth M. Beausang
                                      Seth M. Beausang (I.D. No. 4071)
                                      Assistant United States Attorney

cc:    Steve Hickman, pro se (by First-Class Mail)
        Sandra J. White, pro se (by First-Class Mail)
        Tawanda Weatherspoon, pro se (by First-Class Mail)
        Daniel A. Griffith, Esq. (by electronic filing)

enclosure