IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEVE HICKMAN | ] |
| Plaintiff, | ] C.A.. No. 05-811-KAJ |
| SANDRA J. WHITE | ] |
| Plaintiff, | ] |
| TAWANDA WEATHERSPOON | ] |
| Plaintiff, | ] |
| vs | ] |
| DETECTIVE MARZEC, in his Official and Individual capacities, AGENT TOM JACOBS, and AGENT CHRIS QUAGLINO, TOWN of DELMAR, CITY OF DOVER and OFFICER MARVIN MAILEY | ] |
| Defendants, | ] |



FILED
OCT 1 7 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

AMENDED COMPLAINT OF SANDRA WHITE, TAWANDA
WEATHERSPOON & STEVE HICKMAN

NOW COMES the plaintiffs, Sandra J. White, Tawanda Weatherspoon and Steve Hickman, pro se, who so moves the Honorable Court to amend the Complaint, in the aforementioned matter, in support of the same the following is submitted:

[1]. Officer marvin Mailey is employed as a police officer for The City of Dover.

[2]. It is the custom and practice of the City of Dover, that allowed Officer Marvin Mailey to work undercover for D.E.A. (Drug Enforcement Agency) that allowed him to violate the civil rights of Sandra J. White, Tawanda Weatherspoon and Steve Hickman on 09-21-05.

a. He participated and violated their rights against illegal search and seizure knowing and willfully along with Detective Marzec, Agent

page Hickman vs Marzec, et al., C.A. No. 05-811-KAJ

Tom Jacobs and Agent Chris Quaglino, did utilize a search warrant for a residence in Ellendale Delaware to raid a home in Lincoln Delaware.

    b. This is after an intense and well documented investigation, that involved numerous trips and surveillance describing Ellendale and Lincoln Delaware in great detail, then they submit affidavits to the Court stating they didn't know the difference.Springfield v. Kibble 480 U.S. 257

    [3]. The City of Dover is responsible for the training and supervision Of Officer Marvin Mailey and failed to properly meet its obligation and the Plaintiffs have suffered directly because of the City of Dover's actions and Inactions and pursuant to 42 U.S.C. subsection 1983 Officer Marvin Mailey And City of Dover are liable to plaintiffs as well as Detective Marzec, Town Of Delmar, Agent Tom Jacobs and Agent Chris Quaglino.Monell v. New City Dept., of Social Servs 436 U.S. 658

    [4]. Because of the way they willfully and knowing violated a known Civil rights of the plaintiff, they are not elgible for qualified immunity and discovery will show and expose their misdeeds and acts and show the depths of their violations of the civil rights of the plaintiff and they are not entitled to relief via Motion to Dismiss and it should be denied as a matter of law. Pembaur v. Cincinnati, 475 U.S. 469

_Tawanda Weatherspoon_     _Sandra J. White_     _Steve Hickman_

October 13, 2006

    Service of the attached Document, will be done via U.S. Postal system, on this 13th day of October 2006, and will be served upon Mr Seth M. Beausang, Esq., at 1007 Orange St Suite 700, Wilmington, DE. 19801 and Mr. Daniel A. Griffith, Esq., at 1220 Market St. 5th Floor, Wilmington, DE. 19801 and our signatures verify the same.



Sandra J Whitney
900 Sheep Pen Rd
Knord, DE 19960

Clerk
U.S. District Court
Lockbot 18
844 King ST
Wilmington DE