# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEVE HICKMAN, | : |
| | : |
| Plaintiff, | : |
| | : CONSOLIDATED |
| v. | : Civil Action No. 05-811-*** (MPT) |
| | : |
| DETECTIVE MARZEC, in his individual and official capacity, DAVID HUME IV, TOWN OF DELMAR, DEPARTMENT OF DRUG ENFORCEMENT, and AGENT TOM JACOBS, | : |
| | : |
| Defendants. | : |
| _____ | : |
| TAWANDA WEATHERSPOON, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : |
| DETECTIVE MARZEC, AGENT TOM JACOBS, TOWN OF DELMAR, and AGENT CHRIS QUAGLINO, | : |
| | : |
| Defendants. | : |
| _____ | : |
| SANDRA J. WHITE, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| DETECTIVE MARZAC, AGENT TOM JACOBS, TOWN OF DELMAR, and AGENT CHRIS QUAGLINO, | : |
| | : |
| Defendants. | : |

# **ORDER**

At Wilmington, Delaware, this **11th** day of **January, 2007.**

As a result of a teleconference held on January 10, 2007 in which all plaintiffs and counsel for the defendants participated,

IT IS ORDERED that:

1. The transcript of the teleconference of January 10, 2007 shall serve as an Order of this Court.

2. For this teleconference only, the Court has authorized one copy of the transcript to be printed and shared by plaintiffs. At present, all plaintiffs reside at the same address.

3. Since plaintiff White requested a separate copy of the transcript, the charge for her copy of the transcript is $20.00 and shall be paid within **fourteen (14) days** of the date of this Order. Payment should be made to Brian Gaffigan, Court Reporter, United States District Court, 844 King Street, Wilmington, DE 19801.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE