## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEVE HICKMAN, | : |
| | : |
| Plaintiff, | : |
| | : CONSOLIDATED |
| v. | : Civil Action No. 05-811-*** (MPT) |
| | : |
| DETECTIVE MARZEC, in his individual and official capacity, DAVID HUME IV, TOWN OF DELMAR, DEPARTMENT OF DRUG ENFORCEMENT, and AGENT TOM JACOBS, | : |
| | : |
| Defendants. | : |
| _____ | : |
| TAWANDA WEATHERSPOON, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : |
| DETECTIVE MARZEC, AGENT TOM JACOBS, TOWN OF DELMAR, and AGENT CHRIS QUAGLINO, | : |
| | : |
| Defendants. | : |
| _____ | : |
| SANDRA J. WHITE, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| DETECTIVE MARZAC, AGENT TOM JACOBS, TOWN OF DELMAR, and AGENT CHRIS QUAGLINO, | : |
| | : |
| Defendants. | : |

## **AMENDED SCHEDULING ORDER**

At Wilmington, Delaware, this **16th** day of **January, 2007.**

A status teleconference was held on January 10, 2007, with all plaintiffs and counsel for defendants participating,

IT IS ORDERED that the Scheduling Order of July 25, 2006 is amended as follows:

1. Paragraphs 1 through 6 and 11 through 14 of the Scheduling Order are stricken.

2. The pretrial conference date and trial date are canceled.

3. <u>Interim Status Report.</u>  On May 1, 2007, counsel shall submit a letter to the Court with an interim report on the nature of the matters in issue and the progress of discovery to date.

4. <u>Status Conference.</u>  On Thursday, May 10, 2007, the Court will hold a Rule 16(a), (b) and (c) conference by telephone beginning at 9:30 a.m.  Counsel for the defendants shall initiate the telephone call.  If all parties agree that there is nothing to report, nor anything to add to the interim status report or to this order, they may so notify the Court in writing before the conference is scheduled to occur, and the conference will be taken off the Court's calendar.

5. The Pretrial Conference date and other related filings for the Pretrial Conference and Trial, and the Trial date will be rescheduled after the decisions on all case dispositive motions are rendered.

6. All other provisions of the Scheduling Order of July 25, 2006 not modified, changed or stricken by this Order remain in effect.

/s/ Mary Pat Thynge  
UNITED STATES MAGISTRATE JUDGE