In the United States district court

In and for the district of Delaware

To: Honorable Mary pat Thynge
U.S Magistrate judge

I Tawanda Wheatherspoon and Steve Hickman asking for a court appointed lawyer for the following supporting reasons

1. We don't understand what discovery is.
2. We can't afford an attorney.
3. We have never done any thing like this.
4. We have a discovery deadline for March 23 and we don't know what to do.
5. The family member that we had helping to do our paper work is now sickly.
6. We fill as if this will jeopardize our civil action.

FILED
FEB - 1 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD scanned

Signature _Steve Hick_
Date 1-31-07

Signature _Tawanda Wheatherspoon_
Date 1-31-07

civil Action #05-811 KAJ

WILMINGTON DE 197
31 JAN 2007 PM 3 L

TO: Honorable Mary Pat Thynge
U.S. Magistrate Judge
LockBox 18
844 King Street U.S. Courthouse
Wilmington, Delaware 19801
United States District Court

Steve Hickman
Tauurah B Weatherspoon
9008 Greentop Rd
Lincoln, DE 19960