Untitled

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEVE A. HICKMAN      Plaintiff | C.A. NO. 05-811 2-05-839 Consolidated KAJ |
| SANDRA J. WHITE      Plaintiff | |
| TAWANDA WEATHERSPOON      Plaintiff | |
| vs | |
| DETECTIVE MARZEC, TOWN OF DELMAR TOM JACOBS, agent DEA, CHRIS QUAGLINO, agent DEA, DRUG ENFORCEMENT AGENCY      Defendants | |



FILED
MAR 21 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

REQUEST FOR ADMISSIONS BY STEVE A. HICKMAN
SANDRA J. WHITE AND TAWANDA  WEATHERSPOON
BY DETECTIVE MARZEC, AGENT TOM JACOBS  AGENT
CHRIS QUAGLINO

    NOW COMES, the plaintiffs, Steve A. Hickman, Sandra J. White and
Tawanda Weatherspoon, pro se, who so moves the Honoable Court, with the
Motion for Request for Admissions by Defendants Detective Marzec, Agent
Tom Jacobs and Agent Chris Quaglino, and the following is request pursuant
to Fed. Rule Civil Procedure 36(a) and are follows:

Page 1

Untitled

[1]. The search warrant utilized on 09-21-05 was (a) for a single
wide Trailer in Ellendale, Delaware. Admitted ____ Denied ____

[2]. The search warrant was utilize to search and seize persons,
peoples, papers and things at a residence in Lincoln, Delaware and the
house was a Double wide and its color not tan and white as described in
search warrant. Admitted____ or Denied ____

[3]. Sandra J. White and Tawanda Weatherspoon were not suspected of
committing any crimes drug or otherwise on 09-21-05 or before.
Admitted ____ Denied ____

   a. Sandra J. White and Tawanda Weatherspoon, were contacted search and
seized at 9008 Greentop Rd, Lincoln, Delaware. Admitted ____ Denied ____

[4]. The Trailer Tan and White listed in search warrant as packaging
Trailer exist in Ellendale, Delaware. Admitted ____ Denied ____

[5]. A three month investigation covering numerous trips between
Ellendale Delaware and Lincoln Delaware trailing Steve A. Hickman was utilized
to obtain a search warrant. Admitted ____ Denied ____

[6]. During this investigation no known drug tranactions or drug found
during search and seizure of property at 9008 Greentop Rd Lincoln Delaware.

Untitled

| Steve A. Hickman Weatherspoon | Sandra J. White | Tawanda |

## Certificate of service

Steve A. Hickman, Sandra J. White and Tawanda Weatherspoon verify service of the attached document upon Mr. SetuM Beausang at 1007 W. Orange St, Suite 700 Wilmington DE 19801 & Mr. Daniel A Griffith 1220 North Market St P.O. Box 130, Wilmington DE 19899 on this 20th day of March 2007, with our signatures.

_Steve Hick___  _Sandra White___
_Tawanda R Weatherspoon___

| Steve A. Hickman Weatherspoon | Sandra J. White | Tawanda |

Page 3

Steve A Hickman
9008 Green Top Rd
Lincoln, DE 19960

WILMINGTON DE 197
20 MAR 2007PM 1 T

Clerk
U.S. District Court
Lockbox 18
844 King St
Wilmington DE 19801