**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

STEVE HICKMAN,                                    :
                                                 :
                            Plaintiff,            :
                                                 :    CONSOLIDATED
                v.                               :    Civil Action No. 05-811-***
                                                 :
DETECTIVE MARZEC, in his individual              :
and official capacity, DAVID HUME IV,            :
TOWN OF DELMAR, DEPARTMENT OF                     :
DRUG ENFORCEMENT, and AGENT                       :
TOM JACOBS,                                       :
                                                 :
                            Defendants.           :
_____          :
                                                 :
TAWANDA WEATHERSPOON,                             :
                                                 :
                            Plaintiff,            :
                                                 :
                v.                               :
DETECTIVE MARZEC, AGENT TOM                       :
JACOBS, TOWN OF DELMAR, and                       :
AGENT CHRIS QUAGLINO,                             :
                                                 :
                            Defendants.           :
_____          :
                                                 :
SANDRA J. WHITE,                                  :
                                                 :
                            Plaintiff,            :
                                                 :
                v.                               :
                                                 :
DETECTIVE MARZAC, AGENT TOM                       :
JACOBS, TOWN OF DELMAR, and                       :
AGENT CHRIS QUAGLINO,                             :
                                                 :
                            Defendants.           :

## <u>ORDER</u>

At Wilmington, Delaware, this **2**nd day of **April, 2007.**

IT IS ORDERED that the teleconference scheduled for May 10, 2007 at 9:30 a.m. and the mediation conference scheduled for Monday, May 14, 2007 at 10:00 a.m. with Judge Thynge are canceled.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order.   To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.


/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE