IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEVE HICKMAN | ] |
| Plaintiff, | ] C.A.. No. 05-811-KAJ |
| SANDRA J. WHITE | ] |
| Plaintiff, | ] |
| TAWANDA WEATHERSPOON | ] |
| Plaintiff, | ] |
| vs | ] |
| DETECTIVE MARZEC, in his Official and Individual capacities, AGENT TOM JACOBS, and AGENT CHRIS QUAGLINO, TOWN of DELMAR, CITY OF DOVER and OFFICER MARVIN MAILEY | ] |
| Defendants, | ] |

PLAINTIFFS STEVE A. HICKMAN, TAWANDA WEATHERSPOON
& SANDRA J. WHITE INTERROGATORIES TO DEFENDANTS
DECTIVE MARZEC AGENT TOM JACOBS & AGENT CHRIS
QUAGLINO

NOW COMES the plaintiffs, Sandra J. White, Tawanda Weatherspoon and Steve Hickman, pro se, who so moves the Honorable Court with this Motion for Interrogatories, pursuant to Fed. Rule Civ. Pro. 33(a) and they go as follows:

[1]. Was an investigation conducted by Officer Marzec, Agent Tom Jacobs and Agent Chris Quaglino ? _____

_____

_____

_____

[2]. What period of time and dates did this investigation cover? and what Named officers were involved?

_____
_____
_____

[3]. Did this investigation cover the Town of Ellendale and Lincoln Delaware And the usage of Confidential informant or informants? _____

_____
_____

[4]. Is the home located at Greentop Road (a) Trailer or a Doublewide b) is the aforementioned home at Greentop Road beige/tan with white trim (a) _____

_____
_____ (b) _____
_____

[5]. Does a beige/tan Trailer described in Search Warrant Affidavit exist in Ellendale Delaware and (a). Has this Trailer been identified in same Search Warrant Affidavit as packaging and sales Trailer? _____

_____
_____

(a)_____
_____
_____

[6]. During the course of your investigation and surveillance of Steve A. Hickman (a) has he ever been observed driving a 1999 Dodge Durango or (b) has your observations ever seen or notated the 1999 Dodge Durango engaged or involved in any type of criminal activity? (a) _____

_____

(b) _____
_____

[7]. What crime or criminal activity during your investigation and surveillance Warranted the (a) Search and seizure of Lincoln residence that physically occurred There? (a) _____

_____
_____
_____

Answers Sworn and Subscribed to before Notary Public for the County of _____ and State of Delaware, on this ___th day of _____ 2007

Steve Hickman, Sandra J. White and Tawanda Weatherspoon, with our signatures verify service of the attached Motion for Interrogatories, by U.S. Postal system upon the Parties listed below on this __ th day of may 2007.

*Steve Hickman*     *Sandra J. White*     *Tawanda R Weatherspoon*
Steve A. Hickman     Sandra J. White     Tawanda Weatherspoon

Mr Seth M. Beuasang, Esq.,     Mr. Daniel A. Griffith, Esq.,
Assistant U.S. Attorney     1220 Market St. 5th Floor
    Wilmington, DE. 19801

1007 N. Orange St.
Wilmington, DE. 19801



Steven A. Hickman
7008 Green Top Rd
Lincoln, DE 19960

Clerk
U.S. District Court
Lockbox 18
844 King St
Wilmington, DE 19801