IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEVE HICKMAN | ] |
| Plaintiff, | ] C.A.. No. 05-811-KAJ |
| SANDRA J. WHITE | ] |
| Plaintiff, | ] |
| TAWANDA WEATHERSPOON | ] |
| Plaintiff, | ] |
| vs | ] |
| DETECTIVE MARZEC, in his Official and Individual capacities, AGENT TOM JACOBS, and AGENT CHRIS QUAGLINO, TOWN of DELMAR, CITY OF DOVER and OFFICER MARVIN MAILEY | ] |
| Defendants, | ] |

FILED
JUN - 7 2007
RGScan
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

PLAINTIFFS STEVE A. HICKMAN, TAWANDA WEATHERSPOON
& SANDRA J. WHITE'S REQUEST FOR PRODUCTION OF
DOCUMENTS AND THINGS FOR INSPECTION AND OTHER
PURPOSES

NOW COMES the plaintiffs, Sandra J. White, Tawanda Weatherspoon and Steve Hickman, pro se, who so moves the Honorable Court with this Motion for Production of Documents and Things for Inspection and other Purposes

[1]. A Three month Investigation and Surveilance conducted by Officer Marzec, Agent Tom Jacobs and Agent Chris Quaglino.
and Agent Chris Quaglino .

a. This fact is substantiated by Exhibit A-1 thru A-6 at A-4 paragraph #6

Page two Hickman et.al., vs Marzec, et al., , Consolidated, C.A. 05-811-KAJ

    b. The Investigation and Surveilance began in June of 2005.

[2]. There exist no need by State and Federal authorities to (a) conceal or (b) deny the plaintiffs access to those Records, recording, notes and ect.,.

    a. The criminal matters associated with them are moot and final.

    b. Those Records, recording, papers, pictures and notes will only verify the facts of plaintiffs case.

[3]. The Production will clarify and justify the case against the named defendants.

    a. Will show the defendant clearly knew the difference between Ellendale Delaware and Lincoln Delaware, after traveling through both For three months.

    b. Shows that Steve Hickman's Lincoln home, him , Sandra White and Tawanda Weatherspoon, were wrongly targeted, by over-zealous, improperly trained and supervised police officer, who trampled upon civil right and they had no cause legally to be in Lincoln, Delaware.

Steve A. Hickman     Sandra J. White     Tawanda Weatherspoon

May 22, 2007

    Steve Hickman, Sandra J. White and Tawanda Weatherspoon, with our signatures verify service of the attached Motion for ~~Interrogatories~~ \*, by U.S. Postal system upon the Parties listed below on this __th day of may 2007.

_/s/ Steve Hickman_     _/s/ Sandra S. White_     _/s/ Tawanda R Weatherspoon_
Steve A. Hickman            Sandra J. White         Tawanda Weatherspoon

Mr Seth M. Beuasang, Esq.,      Mr. Daniel A. Griffith, Esq.,
Assistant U.S. Attorney           1220 Market St. 5th Floor
                                   Wilmington, DE. 19801

1007 N. Orange St.
Wilmington, DE. 19801

\* Summary Judgment



Steve A Hickman
7008 Green Top Rd
Lincoln, DE 19960

Clerk
U.S. District Court
Lockbox 18
844 King St
Wilmington, DE 19801