## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEVE HICKMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| DETECTIVE MARZEC, in his individual and official capacity, DAVID HUME, IV, TOWN OF DELMAR, DEPARTMENT OF DRUG ENFORCEMENT, AGENT TOM JACOBS, | ) CONSOLIDATED ) ) Civ. No. 05-811-*** ) ) ) ) |
| Defendants. | ) ) |
| SANDRA J. WHITE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| DETECTIVE MARZEC, AGENT TOM JACOBS, and AGENT CHRIS QUALGLINO, | ) ) ) ) |
| Defendants. | ) ) |
| TAWANDA WEATHERSPOON | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| DETECTIVE MARZEC, AGENT TOM JACOBS, and AGENT CHRIS QUALGLINO, TOWN OF DELMAR | ) ) ) ) |
| Defendants. | ) |

## ENTRY OF APPEARANCE

| | |
|---|---|
| Steve Hickman<br>9008 Greentop Road<br>Lincoln, DE  19960 | Seth Madison Beausang, Esquire<br>U.S. Attorney's Office<br>1007 Orange Street, Suite 700<br>PO Box 2046 |
| Tawanda Weatherspoon<br>9008 Greentop Road<br>Lincoln, DE  19960 | Wilmington, DE  19899-2046 |
| Sandra J. White<br>9008 Greentop Road<br>Lincoln, DE  19960 | |

PLEASE TAKE NOTICE:   John A. Macconi, Jr., Esquire, of the Firm of Marshall Dennehey Warner Coleman & Goggin, hereby enters his appearance on behalf of Defendant, Town of Delmar, in addition to the appearance previously entered by Daniel A. Griffith, Esquire, of the same Firm.

| **MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN** | **MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN** |
|---|---|
| */s/ Daniel A. Griffith*<br>Daniel A. Griffith, Esq. (I.D. No. 4209)<br>1220 North Market Street, 5th Floor<br>P.O. Box 8888<br>Wilmington, DE 19899 – 8888<br>Tel.: 302.552.4317<br>Fax.: 302.651.7905<br>e-mail: dgriffith@mdwcg.com<br>*Counsel for Defendant, Town of Delmar* | */s/ John A. Macconi, Jr.*<br>John A. Macconi, Jr., Esq.  (I.D. No. 4430)<br>1220 North Market Street, 5th Floor<br>P.O. Box 8888<br>Wilmington, DE 19899 - 8888<br>Tel.: 302.552.4377<br>Fax.: 302.651.7905<br>e-mail: jamacconi@mdwcg.com<br>*Counsel for Defendant, Town of Delmar* |

Dated:  August 2, 2007

\15_A\LIAB\DAGRIFFITH\LLPG\443205\HXRUSSO\20021\00115