IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| STEVE HICKMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DETECTIVE MARZEC, in his individual and official capacity, DAVID HUME, IV, TOWN OF DELMAR, DEPARTMENT OF DRUG ENFORCEMENT, AGENT TOM JACOBS, | ) ) ) ) ) ) ) | CONSOLIDATED<br><br>Civ. No. 05-811-*** |
| | ) | |
| Defendants. | ) | |
| | ) | |
| SANDRA J. WHITE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DETECTIVE MARZEC, AGENT TOM JACOBS, and AGENT CHRIS QUALGLINO, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| TAWANDA WEATHERSPOON | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DETECTIVE MARZEC, AGENT TOM JACOBS, and AGENT CHRIS QUALGLINO, TOWN OF DELMAR | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

John A. Macconi, Jr., Esquire, hereby certifies that on August 2, 2007, he caused true and correct copies of the attached *Entry of Appearance* were served on the following persons via e-file and regular mail upon the following individuals:

Steve Hickman
9008 Greentop Road
Lincoln, DE  19960

Tawanda Weatherspoon
9008 Greentop Road
Lincoln, DE  19960

Sandra J. White
9008 Greentop Road
Lincoln, DE  19960

Seth Madison Beausang, Esquire
U.S. Attorney's Office
1007 Orange Street, Suite 700
PO Box 2046
Wilmington, DE  19899-2046

**MARSHALL DENNEHEY WARNER
COLEMAN & GOGGIN**

*/s/ John A. Macconi, Jr.*
John A. Macconi, Jr., Esq.  (I.D. No. 4430)
1220 North Market Street, 5th Floor
P.O. Box 8888
Wilmington, DE 19899 - 8888
Tel.: 302.552.4377
Fax.: 302.651.7905
e-mail: jamacconi@mdwcg.com
*Counsel for Defendant, Town of Delmar*

Dated:  August 2, 2007

\15_A\LIAB\DAGRIFFITH\LLPG\443208\HXRUSSO\20021\00115