IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| STEVE HICKMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DETECTIVE MARZEC, in his individual | ) | Civil Action 05-811-KAJ |
| and official capacity, DAVID HUME, IV, | ) | CONSOLIDATED |
| TOWN OF DELMAR, DEPARTMENT OF | ) | |
| DRUG ENFORCEMENT, AGENT TOM | ) | |
| JACOBS, | ) | |
| | ) | |
| Defendants. | ) | |

| | |
|---|---|
| SANDRA J. WHITE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| DETECTIVE MARZEC, AGENT TOM | ) |
| JACOBS, AGENT CHRIS | ) |
| QUAGLINO, and TOWN OF DELMAR, | ) |
| | ) |
| Defendants. | ) |

| | |
|---|---|
| TAWANDA WEATHERSPOON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| DETECTIVE MARZEC, AGENT TOM | ) |
| JACOBS, AGENT CHRIS QUAGLINO, | ) |
| and TOWN OF DELMAR, | ) |
| | ) |
| Defendants. | ) |

**DEFENDANT TOWN OF DELMAR'S MOTION TO DISMISS
PLAINTIFFS' SECOND AMENDED COMPLAINT**

Defendant, Town of Delmar, by and through its counsel, Marshall, Dennehey, Warner, Coleman and Goggin, and pursuant to Federal Rule of Civil Procedure 12(b)(6), respectfully moves this Honorable Court to dismiss Plaintiffs' Second Amended Complaint. Defendant respectfully refers this Honorable Court to the accompanying memorandum of law in support of its motion. A proposed Order consistent with this motion is attached hereto.

          **MARSHALL, DENNEHEY, WARNER,**
          **COLEMAN & GOGGIN**

          */s/ Daniel A. Griffith DE ID No. 4209*
          DANIEL A. GRIFFITH, ESQUIRE
          DE Bar ID No. 4209
          JOHN A. MACCONI, JR., ESQUIRE
          DE Bar ID No. 4430
          1220 North Market St., 5th Floor
          P.O. Box 8888
          Wilmington, DE  19899-8888
          *Counsel for Defendant Town of Delmar*

Date:  10/26/07