IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| STEVE HICKMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DETECTIVE MARZEC, in his individual | ) | Civil Action 05-811-KAJ |
| and official capacity, DAVID HUME, IV, | ) | CONSOLIDATED |
| TOWN OF DELMAR, DEPARTMENT OF | ) | |
| DRUG ENFORCEMENT, AGENT TOM | ) | |
| JACOBS, | ) | |
| | ) | |
| Defendants. | ) | |

| | |
|---|---|
| SANDRA J. WHITE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| DETECTIVE MARZEC, AGENT TOM | ) |
| JACOBS, AGENT CHRIS | ) |
| QUAGLINO, and TOWN OF DELMAR, | ) |
| | ) |
| Defendants. | ) |

| | |
|---|---|
| TAWANDA WEATHERSPOON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| DETECTIVE MARZEC, AGENT TOM | ) |
| JACOBS, AGENT CHRIS QUAGLINO, | ) |
| and TOWN OF DELMAR, | ) |
| | ) |
| Defendants. | ) |

# **ORDER**

IT IS HEREBY ORDERED, this _____ day of _____, 2007, upon consideration of Defendant Town of Delmar's motion to dismiss Plaintiffs' Second Amended Complaint, and all responses thereto, that Defendant's motion is ***GRANTED*** and Plaintiffs' Second Amended Complaint is ***DISMISSED*** with prejudice.

_____
J.