# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

STEVE HICKMAN,                              )
                                            )
      Plaintiff,                        )
                                            )
      v.                                )
                                            )
DETECTIVE MARZEC, in his individual         )     Civil Action 05-811-KAJ
and official capacity, DAVID HUME, IV,      )     CONSOLIDATED
TOWN OF DELMAR, DEPARTMENT OF               )
DRUG ENFORCEMENT, AGENT TOM                 )
JACOBS,                                     )
                                            )
      Defendants.                       )


SANDRA J. WHITE,                            )
                                            )
      Plaintiff,                        )
                                            )
      v.                                )
                                            )
DETECTIVE MARZEC, AGENT TOM                 )
JACOBS, AGENT CHRIS                         )
QUAGLINO,  and TOWN OF DELMAR,              )
                                            )
      Defendants.                       )


TAWANDA WEATHERSPOON,                       )
                                            )
      Plaintiff,                        )
                                            )
      v.                                )
                                            )
DETECTIVE MARZEC, AGENT TOM                 )
JACOBS, AGENT CHRIS QUAGLINO,               )
and TOWN OF DELMAR,                         )
                                            )
      Defendants.                       )

## CERTIFICATE OF SERVICE

PLEASE TAKE NOTICE that the attached, **Defendant Town of Delmar's Motion to Dismiss Plaintiffs' Second Amended Complaint and Memorandum of Law in support of its Motion to Dismiss** were e-filed and sent via regular mail upon the following individuals:

Steve Hickman
9008 Greentop Road
Lincoln, DE  19960

Seth Madison Beausang, Esquire
U.S. Attorney's Office
1007 Orange Street, Suite 700
PO Box 2046
Wilmington, DE  19899-2046

Tawanda Weatherspoon
9008 Greentop Road
Lincoln, DE  19960

Sandra J. White
9008 Greentop Road
Lincoln, DE  19960

**MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN**

*/s/ Daniel A. Griffith DE ID No. 4209*
DANIEL A. GRIFFITH, ESQUIRE
DE Bar ID No. 4209
1220 North Market St., 5th Floor
P.O. Box 8888
Wilmington, DE  19899-8888
Attorney for Town of Delmar

Date:  October 26, 2007