IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| STEVE HICKMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | C. A. NO.: 05-811 –KAJ |
| DETECTIVE MARZEC, in his individual | ) | CONSOLIDATED |
| and official capacity, DAVID HUME, IV, | ) | |
| TOWN OF DELMAR, DEPARTMENT | ) | |
| OF DRUG ENFORCEMENT, AGENT | ) | |
| TOM JACOBS, | ) | |
| | ) | |
| Defendants. | ) | |

_____

| | |
|---|---|
| | ) |
| SANDRA J. WHITE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| DETECTIVE MARZEC, AGENT TOM | ) |
| JACOBS, AGENT CHRIS QUAGLINO, | ) |
| and TOWN OF DELMAR, | ) |
| | ) |
| Defendants. | ) |

_____

| | |
|---|---|
| | ) |
| TAWANDA WEATHERSPOON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| DETECTIVE MARZEC, AGENT TOM | ) |
| JACOBS, AGENT CHRIS QUAGLINO, | ) |
| and TOWN OF DELMAR, | ) |
| | ) |
| Defendants. | ) |

**SUBSTITUTION OF COUNSEL**

PLEASE TAKE NOTICE THAT attorney Daniel A. Griffith and the firm of Whiteford, Taylor & Preston LLP hereby enter their appearance in the above-captioned matter as substituted counsel to Defendant Town of Delmar and the firm of Marshall Dennehey Warner Coleman & Goggin hereby withdraws its appearance.

Wilmington, DE
Dated: February 6, 2008

| **MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN** | **WHITEFORD, TAYLOR & PRESTON LLP** |
|---|---|
| By: /s/ John A. Macconi, Jr. | By: /s/ Daniel A. Griffith |
| John A. Macconi, Jr. Esq. (I.D. No. 4430) | Daniel A. Griffith (I.D. No. 4209) |
| 1220 North Market Street | 1220 North Market Street |
| 5th Floor | Suite 608 |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 552-4300 (Telephone) | (302) 482-8754 (Telephone) |
| (302) 651-7905 (Facsimile) | (302) 258-0783 (Facsimile) |
| | dgriffith@wtplaw.com |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEVE HICKMAN, )<br>)<br>            Plaintiff, )<br>)<br>v. )<br>)<br>)<br>DETECTIVE MARZEC, in his individual )<br>and official capacity, DAVID HUME, IV, )<br>TOWN OF DELMAR, DEPARTMENT )<br>OF DRUG ENFORCEMENT, AGENT )<br>TOM JACOBS, )<br>)<br>            Defendants. | C. A. NO.: 05-811 –KAJ<br>CONSOLIDATED |

_____

SANDRA J. WHITE, )
)
           Plaintiff, )
)
v. )
)
DETECTIVE MARZEC, AGENT TOM )
JACOBS, AGENT CHRIS QUAGLINO, )
and TOWN OF DELMAR, )
)
           Defendants. )

_____

TAWANDA WEATHERSPOON, )
)
           Plaintiff, )
)
v. )
)
DETECTIVE MARZEC, AGENT TOM )
JACOBS, AGENT CHRIS QUAGLINO, )
and TOWN OF DELMAR, )
)
           Defendants. )

**CERTIFICATE OF SERVICE**

I, Daniel A. Griffith, Esquire, do hereby certify that on this 6th day of February, 2008, a copy of the foregoing *Substitution of Counsel* was served via U.S. First Class Mail to the following:

Seth M. Beausang
U.S. Attorney's Office
1007 North Orange Street, Suite 700
PO Box 2046
Wilmington, DE 19899-2046

                                       **WHITEFORD, TAYLOR & PRESTON LLP**

                                       By: /s/ Daniel A. Griffith
                                       Daniel A. Griffith (I.D. No. 4209)
                                       1220 North Market Street
                                       Suite 608
                                       Wilmington, DE 19801
                                       (302) 482-8754 (Telephone)
                                       (302) 258-0783 (Facsimile)